**Niles Construction Co., a Corporation, Plaintiff-Appellee, v. La Salle National Bank, as Trustee Under Trust #30680, et al., Defendants, Lars S. Gosell and and Dorothy Gosell, Defendants-Appellants.**

**Gen. No. 53,116. (Abstract of Decision.)**

First District.

December 5, 1969.

Gatenbey, Spuller, Law & Johnson, of Chicago (Fred H. Law, Jr. and Philip J. R. Equi, of counsel), for appellants; John Demling, of Chicago, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.